# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOY BUFORD
          Plaintiff,

v.                                                      Case No. 06-CV-932

PATRICK CUDAHY, INC.,
          Defendant.

## ORDER

On March 27, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference did not result in resolution of plaintiff's claims.

Accordingly, this action is referred back to Hon. J. P. Stadtmueller for further case management.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>27th</u> day of March, 2007.

                                            BY THE COURT:

                                            <u>s/AARON E. GOODSTEIN</u>
                                            United States Magistrate Judge