# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

JOY BUFORD,

        Plaintiff,

v.                                                           Case No. 06-C-0932

PATRICK CUDAHY, INC.,

        Defendant.

_____

## ORDER

On August 31, 2007, the defendant moved for summary judgment. To date, *pro se* plaintiff Joy Buford has not responded to the defendant's motion nor has she requested more time to respond to the defendant's motion. An April 6, 2007 letter filed by defendant's counsel documents the plaintiff's lack of diligence earlier in this action. Given the plaintiff's continued lack of diligence and the several months of inactivity in this case, the court will dismiss this action for lack of diligence. *See* Civil L.R. 41.3 ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days."). Because the defendant invested significant time and effort defending this action, the court will dismiss this action with prejudice. Should the plaintiff move for reinstatement, she shall also file a response to the defendant's motion for summary judgment.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice for lack of diligence pursuant to Civil L.R. 41.3.  The plaintiff may petition for reinstatement of the action within 20 days.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge